**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Denise R. Barley | CHAPTER 13 |
| | BKY. NO. 16-22452 GLT |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/James C. Warmbrodt, Esquire**
                      James C. Warmbrodt, Esquire
                      Attorney I.D. No. 42524
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      412-430-3594
                      jwarmbrodt@kmllawgroup.com