IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22452 GLT |
|     Denise R. Barley | : | |
|         Debtor | : | |
| | : | Chapter 13 |
|     Denise R. Barley | : | |
|         Movant | : | |
| | : | Related to document nos. 80, 92 |
|     v. | : | |
| | : | |
|     No Respondents | : | |

## REVISED DEBTOR'S CERTIFICATION OF DISCHARGE NON-ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is not entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge. The Debtor had a prior chapter 7 discharge on June 8, 2016, for the case filed at docket number 16-20249

4. On October 5, 2016, at docket number 34, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: September 1, 2021        By:   /s/ Denise Barley

                                                               By:/s/ Kenneth Steidl
                                                             Kenneth Steidl, Esquire
                                                              Attorney for the Debtors
                                                              STEIDL & STEINBERG
                                                              Suite 2830-Gulf Tower, 707 Grant Street
                                                              Pittsburgh, PA 15219
                                                              (412) 391-8000
                                                               PA I.D. No.: 34965
                                                               ken.steidl@steidl-steinberg.com

**PAWB Local Form 24 (07/13)**