FILED
8/30/21 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No. 16-22452-GLT |
| **DENISE R. BARLEY,** : | Chapter 13 |
| : | |
| *Debtor.* : | |
| : | |
| **RONDA J. WINNECOUR, Chapter 13** : | |
| **Trustee,** : | Related to Doc. No. 80 |
| : | |
| *Movant*, : | |
| : | |
| v. : | |
| : | |
| **DENISE R. BARLEY,** : | |
| : | |
| *Respondent.* : | |

**ORDER TO SHOW CAUSE REGARDING WHY DEBTOR'S
CERTIFICATE OF DISCHARGE ELIGIBILITY SHOULD NOT BE STRICKEN**

This matter is before the Court upon the Debtor's filing of *Certification of Discharge Eligibility* [Dkt. No. 80] ("Certification"). The Debtor has filed her Certification certifying she is eligible to receive a discharge. The Debtor previously filed a chapter 7 petition, at case number 16-20249-GLT, which she received a discharge on June 8, 2016.

**WHEREAS**, section 1328(f) dictates that the Court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if a debtor has received a discharge in a case filed under chapter 7, 11 or 12 of this title during the four-year period preceding the date of the order for relief under this chapter.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that:

1. An *Order to Show Cause* is issued against the Debtor and Counsel for Debtor to appear at a hearing scheduled on **October 20, 2021** at **11 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

2. Any response to this *Order to Show Cause* shall be filed with the Clerk of Court on or before **October 11, 2021**.

3. Movant shall not charge any fees or expenses related to this *Order to Show Cause* to the Debtor's estate.

Dated: August 30, 2021

_____
GREGORY L. TADDONIO jah
UNITED STATES BANKRUPTCY JUDGE

Court Administrator to Serve:
Debtor
Debtor's Counsel
Ronda J. Winnecour, Esq. Ch. 13 Trustee
United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-22452-GLT

Denise R. Barley     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Denise R. Barley, 3131 Camberly Drive, Gibsonia, PA 15044-8468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com |
| Jeffrey R. Hunt | on behalf of Creditor Hampton Township School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Denise R. Barley julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
   on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9