FILED
10/21/21 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-22452-GLT |
| | : | Chapter: 13 |
| Denise R. Barley | : | |
| | : | |
| | : | Date: 10/20/2021 |
| *Debtor(s).* | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**
#88 Trustee's Motion for Approval of Report of Receipts and Disbursements - Plan Completed.

#92 Order to Show Cause Why Debtor's Certificate of Discharge Eligiblity Should Not be Stricken
#93 Refiled Certification of Discharge Eligibility

**APPEARANCES**:
  Debtor:   Abagale Steidl
  Trustee:  Owen Katz

**NOTES:** [11:02am]

Court: I want to hear about why there was a breakdown in the process for certifying Debtor's discharge eligibility. This is especially true when the current chapter 13 case was filed just 22 days after she received a chapter 7 discharge.

Steidl: In this instance, we typically put a mark on the physical file to ensure that discharge is not appropriate. Our process failed between the office fire and the Debtor's own review.

Court: I do not expect the Debtor to catch something like this on their own. It is deeply concerning to me to receive an erroneous certification. I will grant the trustee's motion.

**OUTCOME:**

1. The *Trustee's Motion for Approval of Report of Receipts and Disbursements* [Dkt. No. 88] is GRANTED. [JH to Issue proposed order]

2. The *Order to Show Cause* [Dkt. No. 92] is hereby discharged as the erroneous certificate of discharge eligibility filed at Dkt. No. 80 is hereby STRICKEN. Nothing in this Order shall impact the amended certificate filed at Dkt. No. 93.   [Text Order to Issue]

**DATED:** 10/20/2021